# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

**No. 201800040**

---

## UNITED STATES OF AMERICA
Appellee

v.

## LUCAS D. SCHAEFER
Private (E-1), U.S. Marine Corps
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Mark D. Sameit, USMC.
Convening Authority: Commanding Officer, Headquarters and Support
Battalion, School of Infantry -West, Training Command, Camp
Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Nicholas A. Martz,
USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

---

Decided 15 May 2018

---

Before HUTCHISON, PRICE, and FOIL, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court